UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-24562-JAL

AISHIA PETERSEN,

     Plaintiff,

vs.

1-800-FLOWERS.COM, INC.

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

     PLEASE TAKE NOTICE THAT Plaintiff, AISHIA PETERSEN ("Plaintiff"), and

Defendant, 1-800-FLOWERS.COM, INC., ("Defendant"), have reached a settlement in the above-

referenced case.  The Parties are in the process of finalizing settlement documents and request 30

days to submit documents related to the closure of this case.

Respectfully submitted this 11th day of January 2021

*s/Acacia Barros*
Acacia Barros, Esq.
Florida Bar No. 106277
Email: *ab@barroslawfirm.com*
ACACIA BARROS, P.A.
11120 N. Kendall Drive, Suite 201
Miami, Florida 33176
Telephone:  305-639-8381


*Attorney for Plaintiff*

*s/Edwin Cruz*
Mendy Halberstam, Esq.
Florida Bar No. 68999
E-mail: *mendy.halberstam@jacksonlewis.com*
Edwin Cruz, Esq.
Florida Bar No. 55579
Email: *edwin.cruz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  305-577-7600

*Attorney for Defendant*

CASE NO. 1:20-CV-24562-JAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<div style="margin-left: 50%;">

*s/ Edwin Cruz*
Edwin Cruz, Esq.

</div>